AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE UNITED STATES POSTAL SERVICE PARCEL FURTHER DESCRIBED IN ATTACHMENT A | ) ) ) Case No.   25-1089 (M) ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ``-------`` District of _____ Puerto Rico
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A. (Enclosed as Reference from the Affidavit)

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B.  (Enclosed as Reference from the Affidavit)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before      December 16, 2025
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty

_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued:      December 2, 2025 at 3:10 p.m.          Digitally signed by Hon. Giselle López-Soler
_____
*Judge's signature*

City and state:      San Juan, Puerto Rico          Hon. Giselle López Soler, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.<br>25- 1089 (M) | Date and time warrant executed:<br>12/05/2025   2:40pm | Copy of warrant and inventory left with:<br>USPIS Office |

| Inventory made in the presence of : E. León Galarza and J. Matos Kemp |
|---|

Inventory of the property taken and name of any person(s) seized:

Parcel 9505 5124 1832 5317 9194 22
   to: Jonathan Feliciano
flat rate envelope 12½ × 9½
Inside was found 398 suboxone sublingual film
8mg / 2mg (buprenorphine and naloxone)
weight: 0.356 Kg

*(signatures)*

---

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/05/2025

_____
Executing officer's signature

Joan V. Matos Kemp, U.S. Postal Inspector
Printed name and title

## ATTACHMENT A: PARCEL TO BE SEARCHED

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1. | 9505 5124 183 5317 9194 22 | Alexis Mendez 13 Kingsbury St., Worcester MA 01610 | Jonathan Feliciano HC-03 Box 33298 Aguada PR 00602 |



1

## ATTACHMENT B:
## ITEMS TO BE SEIZED

All records and items in the Subject Parcel described in Attachment A that relate to violations of: (1) Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1); (2) Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846; and (3) Transportation of a Controlled Dangerous Substance via the United States Mail in violation of 21 U.S.C. § 843(b) ("the Subject Offense"), including but not limited to:

     a. Controlled dangerous substances;

     b. Narcotics trafficking paraphernalia;

     c. United States Currency;

     d. Records related to narcotics suppliers, customers, and co-conspirators, and related identifying information;

     e. Types, amounts, and prices of drugs trafficked, as well as dates, places, and amounts of specific transactions;

     f. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information); and

     g. Indicia of possession, custody, or control, including any information related to the use of false or fraudulent identities.

2